NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYLON, LLC,**
*Plaintiff-Appellee,*

v.

**COMPLUS DATA INNOVATIONS, INC.,**
*Defendant-Appellant,*

AND

**CASIO AMERICA, INC.,** AND
**CASIO COMPUTER CO., LTD.,** `
*Defendants-Appellants,*

AND

**SYMBOL TECHNOLOGIES, INC.,**
*Defendant-Appellant,*

AND

**ADVANCED PUBLIC SAFETY, INC., TRIPOD DATA SYSTEMS, ZEBRA TECHNOLOGIES CORPORATION,, EZ TAG CORPORATION, FUJITSU AMERICA, INC.** AND **FUJITSU JAPAN LTD.**
*Defendants.*

---

2011-1355, -1356, -1357, -1358, -1359

---

Appeals from the United States Court for the Eastern District of Texas in case nos. 09-CV-0355, 09-CV-0356, and 09-CV-0357, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Raylon, LLC moves for an extension of time to file its brief and for leave to file a brief of up to 110 pages. Raylon states that the appellants do not oppose.

These appeals were previously consolidated. Raylon states that it would "serve judicial economy" to allow the filing of a single brief from the appellee instead of separate briefs from the appellee. However, under the court's rules Raylon is not permitted to file separate briefs in response to the appellants' briefs. Instead, it is *required* to file a single brief, Fed. Cir. R. 31(a)(4), and that brief should not exceed 14,000 words, Fed. R. App. P. 32(a)(7)(B). Raylon has not otherwise shown "extraordinary reasons" to allow the filing of an extended brief. Fed. Cir. R. 27(c).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted.

(2) The motion for leave to file a brief of up to 110 pages is denied. Raylon's brief, not to exceed 14,000 words, is due no later than May 9, 2012.

FOR THE COURT

MAR 2 6 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 6 2012

JAN HORBALY
CLERK

cc:  Amanda A. Abraham, Esq.
     Scott D. Stimpson, Esq.
     Jonathan M. Sobel, Esq.
     John R. Emerson, Esq.

s19